# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FERLENCIEL DOWDELL,

    Plaintiff,

v.                                 Case No.  6:18-cv-00486-RBD-GJK

MIDFLORIDA FINANCING LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Ferlencial Dowdell, provides the Court with Notice that all matters between the parties to this action have been fully resolved.  Plaintiff requests that this matter be dismissed.

Respectfully submitted,

Joshua R. Kersey
Florida Bar No. 087578
MORGAN & MORGAN, PA
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile:  (813) 222-2490
JKersey@ForThePeople.com
JessicaK@ForThePeople.com
*Attorney for* Plaintiff

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Joshua R. Kersey_
Joshua R. Kersey